THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Etiwan Investors, LLC, Plaintiff,
 
 
 

v.

 
 
 
 The Retreat at Etiwan Pointe LLC; Alec H. Chaplin; Belle Hall Land, LLC; HW, Inc.; Neal Baker; The Sherman Agency, Inc.; 
 Morgan Energy Corporation Profit Sharing Plan; Gulf Stream Construction Co., Inc.; and M P Real Estate, Inc., Defendants,
 of whom Etiwan Investors, LLC, The Retreat at Etiwan Pointe, LLC, Alec H. Chaplin, and Belle Hall Land, LLC are the Respondents,
 and Neal Baker, The Sherman Agency, Inc., and Morgan Energy Corporation Profit Sharing Plan are the Appellants.
 
 
 

Appeal from Charleston County
 Mikell R. Scarborough, Master-in-Equity

Memorandum Opinion No. 2006-MO-005   
Heard January 4, 2006  Filed February 6, 2006

AFFIRMED

 
 
 
 G. Dana Sinkler, of Warren & Sinkler, LLP, and Stephen A. Spitz, both of Charleston, for Appellants.
 Frank E. Robinson, II and Steven J. Pugh, both of Richardson, Plowden, Carpenter & Robinson, of Columbia, and Samuel H. Altman and Jonathan S. Altman, both of Derfner, Altman & Wilborn, of Charleston, for Respondents.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities: Pinckney v. Warren, 344 S.C. 382, 544 S.E.2d 620 (2001) (appellant in equity action has burden of convincing the appellate court that the trial judge committed error); Rule 208(b)(1)(B), SCACR (ordinarily, no point will be considered which is not included in the issues on appeal); and State v. Benton, 338 S.C. 151, 157, 526 S.E.2d 228, 231 (2000)(a party cannot argue one ground below and then argue another ground on appeal).
AFFIRMED.
TOAL, C.J., MOORE, BURNETT and PLEICONES, J.J.,  and Acting Justice Ralph King Anderson, Jr., concur.